MARY MOFFAT FIELD et al., Respondents, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Appellant.

(Submitted March 8, 1887; decided March 25, 1887.)

*E. Henry Lacombe* and *T. A. Irish* for appellant.

*Frank E. Blackwell* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.